IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC NELSON,
)
) 2:11-cv-2016-GEB-DAD
Plaintiff, )
)
v. ) ORDER RE: SETTLEMENT AND
) DISPOSITION
LEADING EDGE RECOVERY SOLUTIONS, )
LLC., )
)
Defendant. )
_____

      Plaintiff filed a "Notice of Settlement" on August 25, 2011, in which he states, "a settlement of the present matter has been reached and . . . Plaintiff anticipates [the dispositional documents] will be finalized within the next 40 days." (ECF No. 6.)

      Therefore, a dispositional document shall be filed no later than October 4, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

      IT IS SO ORDERED.

Dated: August 30, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1